

# Fourth Court of Appeals
## San Antonio, Texas

May 22, 2019

No. 04-19-00253-CV

**JUAN VELA, INDIVIDUALLY AND D/B/A STAR MOULDING CO.**,
Appellant

v.

**HOLLAND SOUTHWEST INT. INC.**,
Appellee

From the 229th Judicial District Court, Starr County, Texas
Trial Court No. DC-17-214
The Honorable Baldemar Garza, Judge Presiding

# O R D E R

On May 20, 2019, the trial court clerk filed a notification of late record stating the clerk's record has not been filed because appellant has failed to pay or make arrangements to pay the clerk's fee for preparing the record and that appellant is not entitled to appeal without paying the fee. It is therefore ORDERED that appellant provide written proof to this court within ten (10) days of the date of this order that either (1) the clerk's fee has been paid or arrangements have been made to pay the clerk's fee; or (2) appellant is entitled to appeal without paying the clerk's fee. If appellant fails to respond within the time provided, this appeal will be dismissed for want of prosecution. *See* TEX. R. APP. P. 37.3(b).

_Sandee Bryan Marion_
Sandee Bryan Marion, Chief Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 22nd day of May, 2019.

_____
Keith E. Hottle,
Clerk of Court